IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS DUDNEY,

    Petitioner,                 No. CIV S-02-2416 GEB CMK P

    vs.

EDWARD S. ALAMEIDA, Warden,

    Respondent.               ORDER

_____/

    Petitioner has requested an extension of time to file his objections to the December 5, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's December 14, 2006 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file his objections to the December 5, 2006 findings and recommendations.

DATED: January 3, 2007.

                                  **CRAIG M. KELLISON**
                                  UNITED STATES MAGISTRATE JUDGE

/bb
dudn 02cv2416.111