1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   THOMAS DUDNEY,                        2:02-cv-2416-GEB-CMK-P

12              Petitioner,

13       vs.                              ORDER

14   EDWARD S. ALAMEIDA, JR., et al.,

15              Respondents.

16   _____/

17            Petitioner is a state prisoner proceeding on his petition for a writ of habeas corpus

18   pursuant to 28 U.S.C. § 2254.  Petitioner's habeas petition challenged his 1990 conviction of

19   possession and transportation of methamphetamine with prior convictions.  Petitioner appealed

20   this court's denial of his petition.  The Ninth Circuit Court of Appeals has issued a mandate

21   reversing the denial of the petition, and remanded the case back to this court "with instructions to

22   grant the habeas petition as to the imposition of the prior serious felony enhancement."  (See

23   Doc. 46, at 4).

24            The Ninth Circuit found Petitioner's prior conviction, from 1974, did not include

25   the charge of personal use of a firearm.  The 1974 state judge had struck that charge from the

26   information.  Therefore, the Ninth Circuit concluded, "no reasonable trier of fact could conclude

1

1  that Dudney had been previously convicted of a prior serious felony, as required by California

2  Penal Code § 667(a)(1)." (Id.)  Accordingly, Petitioner needs to be re-sentenced.

3           Therefore, IT IS HEREBY ORDERED that:

4           1.    Petitioner's Petition for Writ of Habeas Corpus is granted;

5           2.    Petitioner shall be re-sentenced within 30 days of entry of final judgment

6  herein; and

7           3.    The Clerk of the Court is directed to enter final judgment and close this

8  file.

9  Dated:  May 11, 2009

10

11 _____
   GARLAND E. BURRELL, JR.
12 United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26